David B. CUSACK, Plaintiff–Appellant,

v.

DETROIT TIGERS BASEBALL CLUB, INC., Defendant–Appellee.

No. 876, Docket 91–7894.

United States Court of Appeals, Second Circuit.

Argued Jan. 27, 1992.

Decided Feb. 4, 1992.

Joel M. Gluck, New York City, for plaintiff-appellant.

Joseph C. Teresi, Albany, N.Y. (Ainsworth, Sullivan, Tracy, Knauf, Warner and Ruslander, of counsel) for defendant-appellee.

Bradford W. Coupe, New York City (Francis L. Casey, Sheralee L. Shera, Morgan, Lewis & Bockius, of counsel) for amicus curiae Major League Baseball Player Relations Committee.

Before WINTER, PRATT and MAHONEY, Circuit Judges.

PER CURIAM:

We affirm the decision and order of the district court granting summary judgment to defendant-appellee The Detroit Tigers Baseball Club, Inc. for substantially the reasons set forth in the Memorandum–De-

cision and Order of the district court in *David B. Cusack v. Detroit Tigers Baseball Club, Inc.*, 89–CV–781 (TJM), dated August 8, 1991.